IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 95-60652
Summary Calendar
_____

EDDIE BROCK,

Plaintiff-Appellee,

versus

JOHNNY NEWSOME; EDWARD HARGETT,
SUPERINTENDENT, MISSISSIPPI STATE
PENITENTIARY; CHRISTOPHER EPPS;
STEVE WILLIAM PUCKETT,

Defendant-Appellant.

_____

Appeal from the United States District Court
For the Northern District of Mississippi
USDC No. 4:95-CV-201-S-D

_____

May 17, 1996

Before HIGGINBOTHAM, DUHÉ, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

   Eddie Brock appeals from the district court's dismissal of his civil rights complaint as frivolous pursuant to 28 U.S.C. § 1915(d). We have reviewed the record and the district court's opinion and find no reversible error.

   AFFIRMED.

_____

   [*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.